Brendan V. Sullivan, Jr. (*pro hac vice*)
bsullivan@wc.com
Gregory B. Craig (*pro hac vice*)
gcraig@wc.com
Barry S. Simon (*pro hac vice*)
bsimon@wc.com
Kevin M. Downey (*pro hac vice*)
kdowney@wc.com
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
Telephone:  (202) 434-5000
Facsimile:   (202) 434-5029

James D. Riddet (State Bar No. 39826)
JRiddet@stokkeriddet.com
STOKKE & RIDDET
3 MacArthur Place, Suite 750
Santa Ana, CA  92707-5903
Telephone:  (714) 662-2400
Facsimile:  (714) 662-2444

Attorneys for Dr. Henry T. Nicholas, III

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| United States of America, | CASE NO.  SA CR 08-00139 |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING MOTION OF HENRY T. NICHOLAS, III FOR AN EXTENSION OF TIME AND NEW HEARING DATE |
| v. | |
| Dr. Henry T. Nicholas III, et al., | |
| Defendants. | |

1  UPON CONSIDERATION of Henry T. Nicholas' Motion for Extension of
2  Time to File Reply to Government's Opposition to Motion for Evidentiary Hearing
3  Regarding AUSA Stolper's Potential Conflict of Interest, and New Hearing Date,
4  and it appearing to the Court that the request should be granted,

5  IT IS HEREBY ORDERED that

6  Dr. Nicholas may have until September 15, 2008 to file his reply to the
7  Government's Opposition. A hearing concerning Dr. Nicholas' Motion for
8  Evidentiary Hearing Regarding AUSA Stolper's Potential Conflict of Interest shall
9  be held on September 22, 2008 at 1:30 p.m.

Dated: September 8, 2008

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE