## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | SACR 08-00139-CJC | Date | September 30, 2008 |
|---|---|---|---|

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Michelle Urie | Not Reported | Robb Christopher Adkins - Not Present<br>Andrew D. Stolper - Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Henry T. Nicholas, III | Not | | X | James D. Riddet | Not | | X |
| William J. Ruehle | Not | | X | Richard Marmaro | Not | | X |

Proceedings:  **ORDER DENYING DEFENDANT HENRY T. NICHOLAS' MOTION FOR A FURTHER EVIDENTIARY HEARING [filed 8/19/08].**

 The Court has received the declaration of Yuliya Lyubovnaya. After reviewing her declaration, the Court is satisfied that Ms. Lyubovnaya does not have any confidential information regarding the matters charged in the two criminal indictments or Dr. Nicholas personally. Accordingly, for the reasons set forth on the record at the hearing, Dr. Nicholas' motion for a further evidentiary hearing is DENIED.

|  | : | 0 |
|---|---|---|
| Initials of Deputy Clerk | mu | |

cc: